UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　:
MANNY PASTREICH,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　23 Civ. 7396 (JPC)
　　　　　　-v-　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　ORDER
GLOBAL SECURITY CONSULTING GROUP, INC.,　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

　　　　On August 23, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was September 13, 2023, *see* Fed. R. Civ. P. 12(a)(1)(A)(i). The Court then granted Defendant's request for an extension to answer, move, or otherwise respond to the Complaint by October 13, 2023. Dkts. 6, 7. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 24, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by October 31, 2023.

　　　　SO ORDERED.

Dated: October 18, 2023　　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　　　　JOHN P. CRONAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge