# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4615
MY EMAIL ADDRESS IS: Ian.Bogaty@jacksonlewis.com

April 24, 2025

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
Southern District of New York
500 Pearl St., Courtroom 17A
New York, New York 10007

> The request is granted. The parties may file any pre-motion letters, in accordance with the Court's Individual Civil Rule 6.A, no later than May 30, 2025.
>
> SO ORDERED
> April 25, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re: **Manny Pastreich, as Trustee, et al. v. Global Security Consulting Group, Inc.**
**Civil Action No. 23-cv-7396 (JPC)**

Dear Judge Cronan:

    As counsel for Defendant Global Security Consulting Group, Inc., we write jointly with Plaintiffs to request an adjournment of the deadline for the parties to file their pre-motion letters for summary judgment from April 30 to May 30, 2025. *See* ECF Dkt. No. 25. The parties require this extension of time as counsel for Defendant, Isaac Baskin, is in the hospital and unavailable due to the birth of his son. Further, the parties are attempting to resolve this case without further litigation costs. This is the parties' first request for an extension of time of the deadlines in the Court's March 17, 2025 Order.

    Therefore, the parties respectfully request the Court extend the time for the parties to file their pre-motion letters from April 30 to May 30, 2025.

Respectfully Submitted,

JACKSON LEWIS P.C.

*s/ Ian B. Bogaty*
Ian B. Bogaty, Esq.

cc: All Counsel of Record, via ECF