```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MANNY PASTREICH,                                                       :
                                                                       :
                        Plaintiff,                                     :
                                                                       :        23 Civ. 7396 (JPC)
        -v-                                                            :
                                                                       :             ORDER
GLOBAL SECURITY CONSULTING GROUP, INC.,                                :
                                                                       :
                        Defendants.                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties' deadline to submit any pre-motion letters, in accordance with the Court's Individual Civil Rule 6.A, was May 30, 2025. Dkt. 27. That date has passed, and no such letter has been filed. Accordingly, by June 10, 2025, the parties shall submit a joint letter informing the Court of their estimates as to the length of trial and respective anticipated number of witnesses, and proposing mutually acceptable trial dates.

SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                        _____
                                                JOHN P. CRONAN
                                        United States District Judge